# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

132238

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SCHLANE GRANBERRY,
        Plaintiff-Appellant,

v

SC: 132238
COA: 266775
Wayne CC: 02-240858-NO

HARPER HOSPITAL, and
HARPER-HUTZEL HOSPITAL,
        Defendants,

and

WESTERN WATERPROOFING
COMPANY,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the August 29, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

Clerk

l0220